UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

CHARLENE L. NELL

    Plaintiff

v.

SPRING GREEN LAWN CARE CORP.,
ABC Company and XYZ Insurance
Company

    Defendants.

Case No.: 05-C-790



USDC EDWI
FILED IN GREEN BAY DIV

FEB 1 4 2006

AT_____O'CLOCK_____M
SOFRON B. NEDILSKY

## NOTICE OF MOTION AND MOTION
## FOR WAIVER OF THE ELECTRONIC FILING REQUIREMENT
## AND ORDER WAIVING THE ELECTRONIC FILING REQUIREMENT

The defendant, Spring Green Lawn Care Corp., by its attorney, Craig T. Maxwell, moves the Court for an Order waiving the electronic filing requirement for the filing of pleadings in this matter, on the grounds that the defendant's attorney is a sole practitioner who does not own the necessary scanner and other devices needed in order to file pleadings electronically. At the present time this is one of only two cases which the defendant's attorney has before the Federal Court. Requiring counsel to purchase the necessary equipment would be financially burdensome.

The above Motion shall be heard at a date, time and place to be set by the Court, or by the Court without hearing on the pleadings.

Dated this 13th day of February, 2006.

_____
Craig T. Maxwell
Attorney for Defendant Tom Vukovich
State Bar No. 01003393

Calewarts, Duffy, Maxwell & Gagan
*Associated Attorneys*
716 Pine Street, P.O. Box 488
Green Bay, WI 54305-0488
Telephone: (920) 432-4391

## ORDER

Upon the above motion, and not having received objection from any party,

IT IS HEREBY ORDERED that the electronic filing requirement for the defendant's attorney is hereby waived.

Dated this _14th_ day of February, 2006.

_____
Honorable William C. Griesbach
U.S. District Judge, Eastern District of Wisconsin