UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION



USDC EDWI
FILED IN GREEN BAY DIV

SEP 27 2006

AT _____ O'CLOCK _____ M
SOFRON B. NEDILSKY

CHARLENE L. NELL

       Plaintiff,

vs.                             Case No.: 05-C-790

SPRING GREEN LAWN CARE CORP.,
ABC COMPANY, and
XYZ INSURANCE COMPANY

       Defendants.

## STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR THE DEFENDANT, SPRING GREEN LAWN CARE CORP. TO NAME EXPERTS

The defendant, Spring Green Lawn Care Corp., by its attorney, Craig T. Maxwell, and the plaintiff, Charlene L. Nell, by her attorney, Thomas S. Burke, hereby stipulate that the deadline for the defendant, Spring Green Lawn Care Corp. to name experts be extended to October 13, 2006.

Dated this _____ day of September, 2006.

                                          Thomas S. Burke
                                          Attorney for Plaintiff, Charlene L. Nell
                                          State Bar No. 1013418

Dated this 21st day of September, 2006.

                                          Craig T. Maxwell
                                          Attorney for Defendant
                                          Spring Green Lawn Care Corp.
                                          State Bar No. 1003393

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

---

CHARLENE L. NELL

    Plaintiff,

vs.                                 Case No.: 05-C-790

SPRING GREEN LAWN CARE CORP.,
ABC COMPANY, and
XYZ INSURANCE COMPANY

    Defendants.

---

### STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR THE DEFENDANT, SPRING GREEN LAWN CARE CORP. TO NAME EXPERTS

---

The defendant, Spring Green Lawn Care Corp., by its attorney, Craig T. Maxwell, and the plaintiff, Charlene L. Nell, by her attorney, Thomas S. Burke, hereby stipulate that the deadline for the defendant, Spring Green Lawn Care Corp. to name experts be extended to October 13, 2006.

Dated this 21st day of September, 2006.

Thomas S. Burke
Attorney for Plaintiff, Charlene L. Nell
State Bar No. 013418

Dated this 21st day of September, 2006.

Craig T. Maxwell
Attorney for Defendant
Spring Green Lawn Care Corp.
State Bar No. 1003393

## ORDER

Based on the foregoing Stipulation, the deadline for the defendant, Spring Green Lawn Care Corp. to name experts is hereby extended to October 13, 2006.

Dated this _27th_ day of September, 2006.

BY THE COURT:

_____
Honorable William C. Griesbach
U.S. District Judge, Eastern District of Wisconsin